# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

charwood@maglaw.com
212-880-9547

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M. CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

**MEMO ENDORSED**

March 3, 2020

**BY ECF**
Honorable Edgardo Ramos
40 Foley Square
New York, New York 10007

Re: *Jane Does Nos. 1-10 v. Nygard et al.*, No. 20-cv-01288 (ER)

Dear Judge Ramos:

This firm represents the Defendants in the referenced matter, and we write jointly on behalf of both Plaintiffs and Defendants to request that the Court adjourn the pre-motion conference that currently is scheduled for this Thursday, March 5, 2020, at 3:45 pm. Additionally, Plaintiffs request that the Court set April 13, 2020, as their deadline to file an amended complaint. This is the parties' first request for an adjournment of the pre-motion conference.

On February 20, 2020, Defendants submitted a letter requesting a pre-motion conference in anticipation of filing a motion to dismiss and to strike Plaintiffs' initial complaint. Plaintiffs submitted a letter in response on February 27, 2020, in which they represented that they intended to file an amended complaint within 30 to 45 days. Defendants previously had informed Plaintiffs that Defendants would not object to their filing an amended complaint within that time frame.

Because Plaintiffs intend to file an amended complaint, the parties respectfully submit that it would be most efficient to defer the pre-motion conference until after Plaintiffs have filed their amended complaint. Accordingly, the parties respectfully request that the Court adjourn the pre-motion conference that currently is scheduled for March 5, 2020. Plaintiffs further respectfully request that the Court set April 13, 2020, as their deadline to file an amended complaint.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Respectfully submitted,

/s/ Christopher B. Harwood

Christopher B. Harwood

Cc: Plaintiffs' counsel (by ECF)

---

The conference currently scheduled for March 5, 2020 is cancelled. The deadline for filing an amended complaint is April 13, 2020.

_____
Edgardo Ramos, U.S.D.J
Dated: March 4, 2020
New York, New York

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 4, 2020