# Exhibit 3

19-642478



**Secretary of State
Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign Corporations)

137  SI-550

**FILED
Secretary of State
State of California**

OCT 24 2019

26.50/NF/PC/50/25K 10/29/19

*This Space For Office Use Only*

IMPORTANT — Read instructions before completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

1. **Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

   Nygard Inc.

2. **7-Digit Secretary of State File Number**

   **1622902**

3. **Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>14401 S. San Pedro Street | Gardena | CA | 90248 |
| b. Mailing Address of Corporation, if different than Item 3a<br>1771 Inkster Boulevard | Winnipeg, MB, CANADA | | R2X 1R3 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | | CA | |

4. **Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/ | Greg | | Fenske | | | |
| Address<br>1771 Inkster Boulevard | | | City (no abbreviations)<br>Winnipeg, MB, CANADA | State | Zip Code<br>R2X 1R3 | |
| b. Secretary<br>Senior Special Projects Manager / | Angela | | Dyborn | | | |
| Address<br>1 Yawl Street | | | City (no abbreviations)<br>Marina Del Rey | State<br>CA | Zip Code<br>90202 | |
| c. Chief Financial Officer/<br>Treasurer / | Tiina | | Tulikorpi | | | |
| Address<br>One Niagara Street | | | City (no abbreviations)<br>Toronto, ON, CANADA | State | Zip Code<br>M5V 1C2 | |

5. **Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| James | Robert | Bennett | | | |
| Address<br>One Niagara Street | | City (no abbreviations)<br>Toronto, ON, CANADA | State | Zip Code<br>M5V 1C2 | |

b. Number of Vacancies on the Board of Directors, if any

6. **Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| | | | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
**C T CORPORATION SYSTEM**   C0168406

7. **Type of Business**

Describe the type of business or services of the Corporation
Sales and Distribution of Women's Apparel

8. The information contained herein, including in any attachments, is true and correct.

| October 22, 2019 | Sabrina Agricola | Law Clerk | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)    1/2    2017 California Secretary of State
www.sos.ca.gov/business/be

19-642478

# Attachment to Statement of Information
(California Stock and Agricultural Cooperative Corporations)

**SI-550A Attachment**

**A. Corporation Name**

Nygard Inc.

**B. 7-Digit Secretary of State File Number**

1622902

This Space For Office Use Only

**C. List of Additional Director(s)** – If the corporation has more than one director, enter the additional directors' names and addresses.

| 5b. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| DIRECTOR / Tiina | | Tulikorpi | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| One Niagara Street | Toronto, Ontario, CANADA | | M5V 1C2 |

| 5c. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| DIRECTOR / Greg | | Fenske | |
| **Address** | **City (no abbreviations)** | **State** | **Zip Code** |
| 1771 Inkster Boulevard | Winnipeg, Manitoba, CANADA | | R2X 1R3 |

| 5d. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5e. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5f. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5g. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5h. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5i. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

| 5j. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | City (no abbreviations) | State | Zip Code |

2 / 2

SI-550A - Attachment (EST 11/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be