# Exhibit 4

19-723425

| Secretary of State | | SI-550 |
|---|---|---|
| Statement of Information 137 | | |
| (California Stock, Agricultural GH Cooperative and Foreign Corporations) | | |

**FILED**
Secretary of State
State of California

DEC 20 2019

IMPORTANT — Read instructions before completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

26/NF/PC/25R 12/23/19
This Space For Office Use Only

1. **Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Nygard Inc.

2. **7-Digit Secretary of State File Number**

1622902

3. **Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 14401 S. San Pedro Street | Gardena | CA | 90248 |
| b. Mailing Address of Corporation, if different than item 3a | City (no abbreviations) | State | Zip Code |
| 1771 Inkster Boulevard | Winnipeg, MB, CANADA | | R2X 1R3 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

4. **Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ & President | First Name Greg | Middle Name | Last Name Fenske | | Suffix |
|---|---|---|---|---|---|
| Address 1771 Inkster Boulevard | | | City (no abbreviations) Winnipeg, MB, CANADA | State | Zip Code R2X 1R3 |
| b. Secretary SR Special Projects Manager | First Name Angela | Middle Name | Last Name Dyborn | | Suffix |
| Address 1 Yawl Street | | | City (no abbreviations) Marina Del Rey | State CA | Zip Code |
| c. Chief Financial Officer/ Secretary & Treasurer | First Name Tiina | Middle Name | Last Name Tulikorpi | | Suffix |
| Address One Niagara Street | | | City (no abbreviations) Toronto, ON, CANADA | State | Zip Code M5V 1C2JAM |

5. **Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name James | Middle Name Robert | Last Name Bennett | | Suffix |
|---|---|---|---|---|
| Address One Niagara Street | | City (no abbreviations) Toronto, ON, CANADA | State | Zip Code M5V 1C2 |

b. Number of Vacancies on the Board of Directors, if any    0

6. **Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State CA | Zip Code |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| C T Corporation System |

C0168406

7. **Type of Business**

Describe the type of business or services of the Corporation
Sales and Distribution of Women's Apparel

8. The Information contained herein, including in any attachments, is true and correct.

| December 20, 2019 | Sabrina Agricola | Law Clerk | [signature] |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be